371 A.2d 234

Commonwealth v. Miller, Appellant.

Submitted September 17, 1974. John W. Packel, Assistant Defender, and Benjamin Lerner, Defender, for appellant; Steven H. Goldblatt, Assistant District Attorney, and F. Emmett Fitzpatrick, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

371 A.2d 234

Commonwealth v. Miller, Appellant.

Submitted December 16, 1975. Arthur L. Pressman, and Abraham, Pressman & Tietz, for appellant; John Di-

Donato, Assistant District Attorney, and F. Emmett Fitzpatrick, District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM: Record remanded to the lower court for an evidentiary hearing on appellant's claim of ineffective assistance of trial counsel. Commonwealth v. Twiggs, 460 Pa. 105, 331 A.2d 440 (1975).

364 A.2d 718

Commonwealth v. Nail, Appellant.

Submitted November 17, 1975. J. David Ungerman, and Schroeck, Meredith, Ungerman & McGeorge, for appellant; Michael J. Veshecco, Assistant District Attorney, and Robert H. Chase, District Attorney, for Commonwealth, appellee.

Order affirmed.